Argued January 31, affirmed January 31, 1973

STATE OF OREGON, *Respondent, v.* STEVEN HAROLD LYONS (No. 78749), *Appellant.*

505 P2d 351

*Nikolaus Albrecht,* Portland, argued the cause and filed the brief for appellant.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.